UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CSX TRANSPORTATION, INC.,

    Plaintiff,

v.

ALABAMA DEPARTMENT OF
REVENUE and JULIE P. MAGEE,
Commissioner of the Alabama
Department of Revenue,

    Defendants.

Case No. 2:08-cv-00655-AKK

**JOINT MOTION TO MAINTAIN STATUS QUO**

In view of the Mandate issued in this case by the Eleventh Circuit Court of Appeals on June 8, 2018, counsel for the parties have conferred, and jointly request that this Court stay any further action in this case, and maintain the status quo and existing injunction, while each party decides whether to file a petition for writ of certiorari with the United States Supreme Court.  A proposed Order approved by both parties is attached.

4839-2978-1353 v1
2783740-000033

Respectfully submitted this 11th day of June, 2018.

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, PC

/s/  Stephen D. Goodwin

Stephen D. Goodwin
sgoodwin@bakerdonelson.com
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone:  (901) 526-2000
Fax:          (901) 577-2303

*Attorney for Plaintiff*

/s/  Corey L. Maze

Corey L. Maze
cmaze@ago.state.al.us
Office of the Attorney General
501 Washington Avenue
Montgomery, AL  36130
Telephone:  (334) 353-4336
Fax:          (334) 242-4891

*Attorney for Defendants*

4839-2978-1353 v1
2783740-000033

# **CERTIFICATE OF SERVICE**

I certify that the foregoing has been served upon the following by the CM/ECF electronic filing system or by depositing a copy thereof in the United States mail, properly addressed and postage prepaid, this 11th day of June, 2018:

COREY L. MAZE, Special Deputy
Attorney General
WINFIELD J. SINCLAIR, Assistant
Attorney General
Office of the Attorney General
501 Washington Avenue
Montgomery, AL  36130
(334) 353-4336 (phone)
(334) 242-4891 (fax)
cmaze@ago.state.al.us

/s Stephen D. Goodwin